



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2003 MAR 26 PM 3: 05

CLERK OF COURT

| | | |
|---|---|---|
| NATIONAL BRAND LICENSING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:02-CV-0663-A |
| | § | |
| WILLIAMSON-DICKIE | § | |
| MANUFACTURING COMPANY, a | § | |
| Texas Corporation, and WILLIAMSON- | § | |
| DICKIE MANUFACTURING | § | |
| COMPANY, a Delaware Corporation, | § | |
| | § | |
| Defendants. | § | |

## STIPULATION

Pursuant to the Court's Order dated March 11, 2003, it is hereby stipulated by the parties, through their respective, undersigned counsel, as follows:

1.    The dollar amount as of March 26, 2003 owed by Defendant Williamson-Dickie Manufacturing Company to Plaintiff National Brand Licensing, Inc. is $163,987.30.

2.    The dollar amount of prejudgment interest at 10% per annum through March 26, 2003 due on the amount of $163,987.30 is $5,786.82.[1]

---

[1] Defendant Williamson-Dickie Manufacturing Company agrees that this figure is the correct calculation at a prejudgment interest rate of 10%, but denies that 10% is the proper rate for prejudgment interest in this matter.

**STIPULATION -- Page 1**



Respectfully submitted,

By: _____
Ernest E. Figari, Jr.
State Bar No. 06983000
Dennis M. Lynch
State Bar No. 90001506

FIGARI DAVENPORT & GRAVES, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas  75202
(214) 939-2000
(214) 939-2090  (FAX)

ATTORNEYS FOR PLAINTIFF
NATIONAL BRAND LICENSING INC.

By: _____

Daniel L. Bates
State Bar No. 01899900
Jeffrey W. Storie
State Bar No. 19320800

DECKER, JONES, McMACKIN, McCLANE,
HALL & BATES, P.C.
Burnett Plaza, Suite 2000
801 Cherry Street, Unit #46
Fort Worth, Texas 76102-6836
(817) 336-2400
(817) 332-3043 (FAX)

ATTORNEYS FOR DEFENDANT
WILLIAMSON-DICKIE MFG. CO., INC.

**STIPULATION -- Page 3**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been sent via hand delivery to Mr. Daniel L. Bates, Decker, Jones, McMackin, McClane, Hall & Bates, P.C., 801 Cherry Street, Suite 2000, Fort Worth, Texas 76102-6836, on this 26th day of March, 2003.

Dennis M. Lynch